UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK P. GUTIERREZ, CARLOS GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CARSON, JIM DEAR, SHERRY REPP-LOADMAN, NOE ZAVALA, COUNTY OF LOS ANGELES, LEROY D. BACCA, TODD RODGERS, FRANK LOBATO, RUBEN ALVAREZ, DEPUTY ELIZABETH RAMOS, STEVE HARDY, MARCIE GRIFFIN, DANNY VERGARA, RICK HENRY, ANNIE CHU, JOSE JARA, ARTURO MELANO CORTEZ,<br><br>Defendants. | Case No. CV10-7627 JAK (CWx)<br><br>**JUDGMENT**<br><br>**JS-6**<br><br><br>Judge:   John A. Kronstadt<br>Courtroom:  750 |

On October 12, 2010, Plaintiffs Frank P. Gutierrez and Carlos Gutierrez ("Plaintiffs") filed a complaint against Defendants City of Carson, Jim Dear, Sherry Repp-Loadsman, County of Los Angeles, Leroy D. Baca (erroneously sued as

Leroy D. Bacca), Todd Rogers (erroneously sued as Todd Rodgers), Frank Lobato, Ruben Alvarez, Elizabeth Ramos, Steve Hardy, Annie Chu, Marcie Griffin, Rick Henry, Danny Vergara, Noe Zavala, Jose Jara, and Arturo Melano Cortez. Defendant Jacob Appelsmith (erroneously sued as Jacob Applesmith) was later added in the Third Amended Complaint as a defendant in his official capacity as the Director of the California Department of Alcoholic Beverage Control.

On March 31, 2011, this Court granted the motion to dismiss of Defendants City of Carson, Jim Dear, and Sherry Repp-Loadsman against Plaintiffs' Second Amended Complaint, and dismissed them without leave to amend. On July 5, 2011, this Court granted the motion to dismiss of Defendants County of Los Angeles, Leroy D. Baca, Todd Rogers, Frank Lobato, Ruben Alvarez, and Elizabeth Ramos, and the motion to dismiss of Defendants Steve Hardy, Annie Chu, Marcie Griffin, Rick Henry, and Danny Vergara against Plaintiffs' Third Amended Complaint, and dismissed some causes of action with prejudice, some causes of action without prejudice, and some causes of action with leave to amend. On July 26, 2011, Plaintiffs filed their Fourth Amended Complaint which no longer included the County of Los Angeles, Leroy D. Baca, Steve Hardy, or Jacob Appelsmith as defendants.

Then, this Court having had a hearing on November 7, 2011, and as set forth in the Court's Order dated December 16, 2011, granted the motion for summary judgment of Noe Zavala, the motion for summary judgment of Annie Chu, the motion for summary judgment of Marcie Griffin, Rick Henry, and Danny Vergara, and the motion for summary judgment of Todd Rogers, Frank Lobato, Ruben Alvarez, and Elizabeth Ramos. In addition, after reviewing a further submission dated January 16, 2012, filed by Plaintiffs in response to the Court's Order dated December 16, 2011, the Court, on its own motion, dismissed Jose Jara and Arturo Melano Cortez with prejudice. Thus, given that all of the defendants appearing in the original complaint and all amended complaints in this case have been dismissed,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs Frank P. Gutierrez and Carlos Gutierrez shall take nothing from the Defendants City of Carson, Jim Dear, Sherry Repp-Loadsman, County of Los Angeles, Leroy D. Baca (erroneously sued as Leroy D. Bacca), Todd Rogers (erroneously sued as Todd Rodgers), Frank Lobato, Ruben Alvarez, Elizabeth Ramos, Steve Hardy, Jacob Appelsmith (erroneously sued as Jacob Applesmith), Annie Chu, Marcie Griffin, Rick Henry, Danny Vergara, Noe Zavala, Jose Jara, and Arturo Melano Cortez (collectively "Defendants");

2. that Plaintiffs' action against Defendants is dismissed on the merits, and

3. that Defendants shall recover their costs as the prevailing parties pursuant to Federal Rule of Civil Procedure 54 upon the filing of a Bill of Costs.

DATED: February 6, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KAMALA D. HARRIS
  Attorney General of the State of California
PAMELA J. HOLMES,
  Supervising Deputy Attorney General

By:    /s/ Gary Ostrick
    Deputy Attorney General
    GARY OSTRICK
Attorneys for Defendants Jacob Appelsmith (erroneously sued as Jacob Applesmith), Steve Hardy, Marcie Griffin, Danny Vergara, Rick Henry, and Annie Chu